B6 Summary (Official Form 6 – Summary (12/07))

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

ASCO MARKETING, LLC,

　　　　Debtor.

Chapter 7

Case No. 10-____ (___)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | N/A | | |
| B - Personal Property | Yes | 3 | $16,415.55 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | N/A | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | N/A | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $10,855,912 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| | TOTAL | 13 | $16,415.55 | $10,855,912 | |

958493v.1

B6A (Official Form 6A) (12/07)

In re: ASCO MARKETING, LLC    Case No._____
          Debtor                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None. | N/A | | N/A | N/A |
| | | Total → | N/A | |

(Report also on Summary of Schedules)

958494v.1

B 6B (Official Form 6B) (12/07)

In re __ASCO MARKETING, LLC__   Case No._____
          Debtor                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

    **Do not list interests in executory contracts and unexpired leases on this schedule,. List them in Schedule G - Executory Contracts and Unexpired Leases**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property " If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as :A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | Addressing Services, Marketing, Payroll Account | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Account xxxxxx0310 People's United Bank 805 Main Street Bridgeport, CT 06601-1580 | | $16,415.55 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6. Wearing apparel | X | | | |
| 7. Furs and jewelry | X | | | |
| 8. Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer | X | | | |

958496v.1

In re: __Asco Marketing, LLC__   Case No._____
            Debtor                                                       (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 USC § 530(6)(1) or under a qualified State tuition plan as defined in 26 U S C § 529(b)(1) Give particulars. (File separately the record(s) of any such interest(s). 11 U S C § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14 Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or maybe entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property | X | | | |
| 20 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22 Patents copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B 6B (Official Form 6B) (12/07) — Cont.

In re: __Asco Marketing, LLC__   Case No._____
           Debtor                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U S C § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories | X | | | |
| 26. Boats motors, and accessories | X | | | |
| 27. Aircraft and accessories | X | | | |
| 28. Office equipment furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _0_ Continuation sheets attached   Total → (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.) | | $16,415.55 |

958496v.1

B 6D (Official Form 6D) (12/07)
In re __ASCO MARKETING, LLC__,
    Debtor

Case No. _____
    (If known)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

  State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

  If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _0_ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | | |
| | | | Total ▶ (Use only on last page) | | | | | |

958500v.2

In re   __ASCO MARKETING, LLC__,
                          Debtor

Case No._____
                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐     **Domestic Support Obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐     **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐     **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐     **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re __ASCO MARKETING, LLC__ ,                                    Case No. _____
         **Debtor**                                                              (if known)

☐       **Certain farmers and fishermen**

         Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐       **Deposits by individuals**

         Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐       **Taxes and Certain Other Debts Owed to Governmental Units**

         Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐       **Commitments to Maintain the Capital of an Insured Depository Institution**

         Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐       **Claims for Death or Personal Injury While Debtor Was Intoxicated**

         Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.




                                              _0_ Continuation sheets attached

B 6F (Official Form 6F) (12/07)

**In re** ASCO MARKETING, LLC ,
       **Debtor**

**Case No.** _____
              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

**See also, Attachment F.**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** MarketPoint<br><br>ORIX Financial Corp<br>1717 Main St.<br>Suite 1100<br>Dallas, TX 75201 | Y | | March 2007, Remaining portion of unpaid loan | | | | $7,518,267 |
| _2_ continuation sheets attached | | | | | Subtotal ▶ | | $7,518,267 |
| | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data..) | | | | $10,855,912 |

958502v.1

Attachment F
ASCO MARKETING, LLC
Creditors Holding Unsecured Nonpriority Claims
(None of these claims are Contingent, Unliquidated, or
Disputed and none of these claims have a codebtor.)

| Vendor | Address Line 1 | Address Line 2 | City | State | Zip Code | Amount Due |
|---|---|---|---|---|---|---|
| ASCO WELDING SUPPLY | P.O BOX 296 | | WATERFORD | CT | 06385-0296 | $273.12 |
| ADI - AMERICAN DIRECT INK | 300 TIDEWATER DR | | CENTREVILLE | MD | 21617 | 17,756.00 |
| ADVANCE ELECTRONICS | 29 TANGLEWOOD AVE. | | ENFIELD | CT | 06082 | 689.00 |
| AI ASSOCIATES | 111 EAST ROAD | | BROAD BROOK | CT | 06016 | 2,000.00 |
| AIR COMPRESSOR ENGINEERING CO. | P.O. BOX 738 | | WESTFIELD | MA | 01086 | 3,340.30 |
| AMERICAN EXPRESS | P.O. BOX 1270 | | NEWARK | NJ | 07101-1270 | 3,249.96 |
| ANCHOR COMPUTER COMPANY | 1900 NEW HIGHWAY | | FARMINGDALE | NY | 11735-1509 | 3,071.10 |
| AQUA BACKFLOW | 77 BRIDLE PATH | | NEWINGTON | CT | 06111 | 90.10 |
| A & R MAILING MACHINE INC. | 757 GOODWIN ST | | EAST HARTFORD | CT | 06108 | 2,032.25 |
| AT&T | P.O. BOX 8110 | | AURORA | IL | 60507-8110 | 100.14 |
| BCC SOFTWARE INC | 39993 TREASURY CENTER | | CHICAGO | IL | 60694-9000 | 2,665.30 |
| BEARING DISTRIBUTORS INC | PO BOX 6286 | | CLEVELAND | OH | 44101-1286 | 769.30 |
| BERKSHIRE PRINTING INC. | P.O. BOX 146 | | NEW MILFORD | CT | 06776 | 3,576.30 |
| BERTEK SYSTEMS INC. | PO BOX 701039 | | CINCINNATI | OH | 45270-1039 | 1,014.06 |
| BF.PRINT COMMUNICATIONS | 602 BEDFORD STREET | | WHITMAN | MA | 02382 USA | 1,441.60 |
| BLAST COMPANIES | 117 TIMBER MEADOWS DRIVE | | DR. O'FALLON | MO | 63368 | 600.00 |
| BLUE POINT CAPITAL PARTNERS, LLC (primarily unpaid management fees) | 127 PUBLIC SQUARE | SUITE 5100 | CLEVELAND | OH | 44114-1312 | 1,402,198.06 |
| BRADLEY GRAPHIC SOLUTIONS | 941 MILL ROAD | | BENSALEM | PA | 19020 | 3,447.06 |
| CARTER-MCLEOD PAPER AND PACKAGING INC | 136 WAYSIDE AVENUE | | WEST SPRINGFIELD | MA | 01089 | 17,019.76 |
| CONNECTICUT BUSINESS SYSTEMS | 50 ROCKWELL RD | | NEWINGTON | CT | 06111-5526 | 1,113.00 |
| CENTRAL PRODUCTS | 401 CHAPEL ROAD | | SOUTH WINDSOR | CT | 06074 | 28.30 |
| CLADELLE | 121 PARK ST | | MANCHESTER | CT | 06040 | 27,601.85 |
| COAST TO COAST EXPRESS INC. | P.O. BOX 3321 | | WINDSOR LOCKS | CT | 06096 | 1,559.00 |
| COAST TO COAST COMPUTER PRODUCTS | 4277 VALLEY FAIR STREET | | SIMI VALLEY | CA | 93063 | 5,257.17 |
| COMMERCIAL ENVELOPE MANUFACTURING CO. | P.O. BOX E2721 | | PHILADELPHIA | PA | 19182-2721 | 103,635.47 |
| CONNECTICUT COLOR, INC. | 127 POMEROY AVENUE | | MERIDENT | CT | 06450 | 10,634.40 |
| CONNECTICUT SAFETY AND MAINTENANCE | | | | | | 63.60 |
| CONN SERV MECHANICAL SERVICES CO. | 839 FOUR ROD RD | | KENSINGTON | CT | 06037 | 884.57 |
| CON WAY TRUCKLOAD SERVICES, INC. | P.O. BOX 795 | | SALINE | MI | 48176-0824 | 252.91 |
| CORBIN RUSSWIN, INC. (hardlock) | 225 EPISCOPAL ROAD | | BERLIN | CT | 06037 | 659,764.20 |
| CROWN CREDIT COMPANY INC | PO BOX 640352 | | CINCINNATI | OH | 45264-0352 | 5,420.17 |
| CRYSTAL ROCK BOTTLED WATER CO. | P.O. BOX 10028 | | WATERBURY | CT | 06725 | 499.79 |
| CT MAILING SYSTEMS | PO BOX 186579 | | HAMDEN | CT | 06518-0979 | 2,756.83 |
| CT VALLEY BINDERY | ONE HARTFORD SQUARE | | NEW BRITAIN | CT | 06052 | 17,007.44 |
| CXTEC | 5404 SOUTH BAY ROAD | | SYRACUSE | NY | 13221-4799 | 3,913.70 |
| DATA-MAIL INC. | | P.O. BOX 4799 | | | | 3,137.00 |
| DATATEL | 1729 PENNSYLVANIA AVENUE | | MONACA | PA | 15061 | 36,433.55 |
| DAVEN INDUSTRIES INC. | 5 JUST ROAD | | FAIRFIELD | NJ | 07004 | 1,248.00 |
| THE DRAIN DOCTOR | 51 HARRIS STREET | | KENSINGTON | CT | 06037 | 143.10 |
| EARTHWORKS DEVELOPMENT LLC | P.O. BOX 10175 | | NEWINGTON | CT | 06111 | 10,624.87 |
| EASTMAN KODAK COMPANY | P.O. BOX 640950 | | PITTSBURGH | PA | 15264-0350 | 38,911.62 |
| ECHO GLOBAL LOGISTICS | 22168 NETWORK PLACE | | CHICAGO | IL | 60673-1221 | 160.00 |
| eWAYDIRECT, INC. | 200 PEQUOT AVENUE | | SOUTHPORT | CT | 06890 | 1,363.12 |
| FEDERAL EXPRESS | P.O. BOX 371461 | | PITTSBURGH | PA | 15250-7461 | 46,656.29 |
| FEDEX FREIGHT | 4103 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | 447.75 |
| FLEET BUSINESS PRODUCTS | 109 MILL PLAIN ROAD | | BRANFORD | CT | 06405 | 12,287.08 |
| FRONTIER TECHNOLOGIES LLC | 85-3 AIR PARK DRIVE | | RONKONKOMA | NY | 11779 | 1,409.80 |
| GENTRY MANUFACTURING CORP. | 527 MAIN STREET, SUITE 223 | | CHARLESTOWN | MA | 02129-1125 | 50.35 |
| GMC SOFTWARE TECHNOLOGY | DEPT. 83419923 | | PALATINE | IL | 60036-0001 | 4,663.31 |
| GRAINGERS, INC | 47 PURDY AVENUE | | PORT CHESTER | NY | 10573 | 1,607.81 |
| GRAPHIC MANAGEMENT PARTNERS | P.O. BOX 3608 | | MILFORD | CT | 06460-8708 | 1,950.00 |
| HASLER INC | 11 KENNY ROBERTS MEMORIAL DR. | SUITE 1,P.O. BOX 156 | SUFFIELD | CT | 06078 | 17,466.54 |
| HILLTOP TECHNOLOGIES | P.O. BOX 3958 | | NEW HYDE PARK | NY | 11040-3958 | 233.50 |
| INTERNATIONAL BONDED COURIERS | P.O. BOX 4564 | | PHILADELPHIA | PA | 19101-1364 | 306.84 |
| ICON FINANCIAL SERVICES | 133 WEBSTER STREET | UNIT L | HANOVER | MA | 02339-1229 | 35,521.25 |
| J&R GRAPHICS, INC | P.O. BOX 20741 | | HUNTINGTON STATION | NY | 11746 | 1,960.07 |
| KORDET GROUP | 16 INTERSTATE DRIVE | | SOMERSWORTH | NH | 03878 US | 16,356.41 |
| LABELTECH | 354 MAIN STREET | SUITE 8 | NEWINGTON | CT | 06111 | 689.38 |
| LANGUAGE LINK OF CT | | | | | | 273.00 |

Attachment F
ASCO MARKETING, LLC
Creditors Holding Unsecured Nonpriority Claims
(None of these claims are Contingent, Unliquidated, or
Disputed and none of these claims have a codebtor.)

| Vendor | Address Line 1 | Address Line 2 | City | State | Zip Code | Amount Due |
|---|---|---|---|---|---|---|
| I.D. DAVIS INDUSTRIES INC | 1725 THE FAIRWAY | | JENKINTOWN | PA | 19046 | 1,318.19 |
| LINDENMEYR MUNROE | P.O. BOX 5011 | | WALLINGFORD | CT | 06492-7511 | 48,723.88 |
| MANSIR PRINTING | 24 SHAWMUT AVENUE | | HOLYOKE | MA | 01040 | 1,400.00 |
| MEDIAPAGE DESIGN | 115 456 WALTER LANE | | NAPERVILLE | IL | 60564 | 60.00 |
| MILPAK GRAPHICS INC. | P.O. BOX 490 | | KING | NC | 27021 | 1,409.00 |
| MOTHER EARTH RECYCLING | P.O. BOX 902 | 2880 BIG OAK DRIVE | VALLEY FORGE | PA | 19482 | 7,666.54 |
| MSC INDUSTRIAL SUPPLY CO. | DEPT CH 0075 | | PALATINE | IL | 60055-0075 | 1,169.60 |
| MUIR ENVELOPE PLUS INC. | 124 FRANCIS AVENUE | | NEWINGTON | CT | 06111 | 11,279.80 |
| NATIONAL ENVELOPE | PO BOX 9171 | | UNIONDALE | NY | 11555-9171 | 1,495.31 |
| NEW ENGLAND MAILING SYSTEMS | 400 CHAPEL ROAD | SUITE 1D | SOUTH WINDSOR | CT | 06074 | 2,185.58 |
| OCE | 12379 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693 | 212,935.22 |
| OCE FINANCIAL SERVICES INC | CORP HDQTRS | | BOCA RATON | FL | 33487 | 143,286.97 |
| OHLHEISER CORPORATION | 831 NORTH MOUNTAIN ROAD | | NEWINGTON | CT | 06111 | 254.08 |
| OLD DOMINION FREIGHT LINE INC | PO BOX 413202 | | BOSTON | MA | 02241-3202 | 292.21 |
| ONE COMMUNICATIONS CORP | | | | | | 3,421.88 |
| ON TIME COMPANIES | | | | | | 3,231.47 |
| PALADIN COMMERCIAL PRINTERS | 300 HARTFORD AVENUE | | NEWINGTON | CT | 06111 | 17,052.00 |
| PRECISION DEVICES INC | 55-A NORTH PLAINS RD | | WALLINGFORD | CT | 06492 | 3,365.58 |
| PITNEY BOWES PRESORT SERVICES INC | P.O. BOX 856460 | | LOUISVILLE | KY | 40285-6460 | 9,606.59 |
| QUICK DELIVERY, LLC | PO BOX 270061 | | WEST HARTFORD | CT | 06127 | 360.00 |
| QUINTANA SUPPLY | 55 RIVER STREET | | HAVERHILL | MA | 01832 | 338.93 |
| RAM BELTING CO. INC. | 309 PANE ROAD | | NEWINGTON | CT | 06111 | 235.96 |
| REPROGRAPHIC TECHNOLOGY USA INC | BOX 347004 | | PITTSBURGH | PA | 15251-7004 | 16,485.98 |
| RICHARD'S EMPLOYMENT | P.O. BOX 816 | | EAST GRANBY | CT | 06026 | 110,782.11 |
| ROVIC | 146 SHELDON ROAD | | MANCHESTER | CT | 06043-1140 | 520.04 |
| RYDER TRANSPORTATION SERVICES | 185 WEST SERVICE RD | P.O. BOX 11140 | HARTFORD | CT | 06120 | 4,459.75 |
| SOFTWARE MARKETING ASSOCIATES, INC. | 1086 ELM ST, SUITE 200 | | ROCKY HILL | CT | 06067 | 2,279.00 |
| STAPLES BUSINESS ADVANTAGE | P.O. BOX 30851 | | HARTFORD | CT | 06150-0851 | 2,541.17 |
| STAPLES INDUSTRIAL | P.O. BOX 414524 | | BOSTON | MA | 02241-4524 | 18,917.80 |
| STP BINDERY SERVICE | 110 PRESTIGE PARK | | EAST HARTFORD | CT | 06108 | 282.00 |
| SUMMIT HANDLING | 37 RAMAH CIRCLE | | AGAWAM | MA | 01001 | 1,976.03 |
| TIMEKEEPERS OF NEW ENGLAND | P.O. BOX 604 | | GLASTONBURY | CT | 06033 | 164.72 |
| TRI-STATE ENVELOPE CORPORATION | 1 ORGLER PLACE | | ASHLAND | PA | 17921 | 10,739.00 |
| TRI-STATE MAILING | 120 S. COLUMBUS AVENUE | | MT. VERNON | NY | 10553 | 8,256.10 |
| ULINE | ACCOUNTS RECEIVABLES | | WAUKEGAN | IL | 60085 | 4,772.80 |
| UNIBIZ TECHNOLOGIES, INC. | 375 Morgan Lane | | WEST HAVEN | CT | 06516 | 1,500.00 |
| UPS | P.O. BOX 7247-0244 | | PHILADELPHIA | PA | 19170-0001 | 1,739.20 |
| UPS FREIGHT | 28013 NETWORK PLACE | | CHICAGO | IL | 60673-1280 | 1,018.20 |
| USA HAULING & RECYCLING | P.O. BOX 808 | | EAST WINDSOR | CT | 06088 | 2,178.80 |
| VALLEY MACHINE KNIFE CORP. | 33 WAYSIDE AVENUE | | WEST SPRINGFIELD | MA | 01089 | 92.22 |
| WELLS FARGO INS SERVICE USA | P.O. BOX 601321 | | CHARLOTTE | NC | 28260-1321 | 8,265.00 |
| W.B. MASON | 2400 STATE STREET | | HAMDEN | CT | 06517 | 2,756.00 |
| WHITTIER MAILING PRODUCTS INC | 13019 PARK STREET | | SANTA FE SPRINGS | CA | 90670-4805 | 306.25 |
| WIT POSTAL LOGISTICS, LLC | 12366 PENN ST. | | WHITTIER | CA | 90602-1100 | 880.00 |
| WORLD COLOR (USA) CORP | 2101 W. Haven Ave. | | New Lenox | IL | 60451 USA | 33,448.66 |
| YRC | P.O. BOX 13573 | | NEWARK | NJ | 07188-0850 | 3,325.21 |
| YES SYSTEMS | 834-D BROOK STREET | | ROCKY HILL | CT | 09667-3424 | 3,113.09 |
| ZIPPY BLUE LLC | 215-B MOODY RD | | ENFIELD | CT | 06082 | 2,164.52 |
| | | | | | | 64,876.09 |

$3,337,645.17

B 6G (Official Form 6G) (12/07)

In re   ASCO MARKETING, LLC   ,                    Case No._____
             Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OCE<br>Corp. Headquarters<br>5600 Broken Sound Blvd.<br>Boca Raton, FL 33487 | Equipment lease.<br>7650 VarioStream<br>Quantity: 2<br>Lease Start Date: April 1, 2005<br>Lease End Date: April 1, 2010<br>Total Monthly Payment $8,786.00 |
| OCE<br>Corp. Headquarters<br>5600 Broken Sound Blvd.<br>Boca Raton, FL 33487 | Equipment lease.<br>7550 VarioStream<br>Quantity: 2<br>Lease Start Date: April 1, 2005<br>Lease End Date: July 1, 2010<br>Total Monthly Payment $8,174.00 |
| OCE<br>Corp. Headquarters<br>5600 Broken Sound Blvd.<br>Boca Raton, FL 33487 | Equipment lease.<br>3090 Vario Print<br>Quantity: 1<br>Lease Start Date: August 1, 2005<br>Lease End Date: August 1, 2010<br>Total Monthly Payment $1,115.00 |
| OCE<br>Corp. Headquarters<br>5600 Broken Sound Blvd.<br>Boca Raton, FL 33487 | Equipment lease.<br>ESP Rewinders and Shaft<br>Quantity: 4<br>Lease Start Date: July 1, 2005<br>Lease End Date: July 1, 2010<br>Total Monthly Payment $2,009.00 |

958503v.2

B 6G (Official Form 6G) (12/07)

| | |
|---|---|
| IKON<br>P.O. Box 41564<br>Philadelphia, PA 19101-1564 | Equipment lease.<br>CPP 650 Digital<br>Quantity: 2<br>Lease Start Date: January, 2008<br>Lease End Date: February, 2011<br>Total Monthly Payment $3,953.00 |
| ASCOM Hasler Leasing<br>478 Wheelers Farms Rd.<br>P.O. Box 3808<br>Milford, CT 06461 | Equipment lease.<br>Meter Bases<br>Quantity: 7<br>Lease Start Date: November, 2008<br>Lease End Date: November, 2012<br>Total Monthly Payment $2,327.50 |
| ASCOM Hasler Leasing<br>478 Wheelers Farms Rd.<br>P.O. Box 3808<br>Milford, CT 06461 | Equipment lease.<br>Postage Meters<br>Quantity: 7<br>Lease Start Date: November, 2008<br>Lease End Date: November, 2012<br>Total Monthly Payment $492.66 |
| ASCOM Hasler Leasing<br>478 Wheelers Farms Rd.<br>P.O. Box 3808<br>Milford, CT 06461 | Equipment lease.<br>Postage Meter<br>Quantity: 1<br>Lease Start Date: November, 2008<br>Lease End Date: November, 2012<br>Total Monthly Payment $85.00 |
| EDART Truck<br>P.O. Box 33471<br>Hartford, CT 06150-3471 | Equipment lease.<br>2008 Hino 338 26' Liftgate<br>Quantity: 1<br>Lease Start Date: January, 2008<br>Lease End Date: January, 2013<br>Total Monthly Payment $1,150 plus $0.06 per mile |
| Corbin Russwyn<br>225 Episcopal Road<br>Berlin, CT 06037 | Nonresidential real property lease.<br>Lease Agreement for Berlin, CT Building<br>Lease Start Date: November, 2005<br>Lease End Date: October, 2012<br>Total Monthly Payment $112,117.29 |

958503v.2

B 6H (Official Form 6H) (12/07)

In re __ASCO MARKETING, LLC__ ,  Case No. _____
        Debtor  (if known)

# SCHEDULE H – CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's name and the name of the address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| MarketPoint Direct, LLC<br>225 Episcopal Road<br>Berlin, CT 06037 | ORIX Financial Corporation<br>1717 Main Street, Suite 1100<br>Dallas, Texas 75201 |

958504v.1

B6 Declaration (Official Form 6 – Declaration) (12/07)

In re __ASCO MARKETING, LLC__,
       Debtor

Case No. _____
         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                            Debtor

Date _____     Signature: _____
                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,     Social Security No.
of Bankruptcy Petition Preparer              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____            _____
  Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §§ 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Designated Officer__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the __corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __14__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date __4/29/10__     Signature: _____

                     Michael W. Martell
                     [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

958505v.1